**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** ) | Case No: 13-46309-659 |
| ) | |
| **CHRISTOPHER JAMES TEEPLE** ) | Chapter 13 |
| ) | |
| ) | |
| **Debtor** ) | |

**LIST OF UNCLAIMED FUNDS AND ENTITIES WHICH ARE ENTITLED TO PAYMENT**

    Comes now John V. LaBarge, Jr., Chapter 13 Trustee, Standing Chapter 13 Trustee, and provides list for filing pursuant to Bankruptcy Rule 3011.  The following is a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is paid herewith into Court pursuant to 11 U.S.C. § 347(A):

CHRISTOPHER JAMES TEEPLE
342 CIVIC GREEN DR                                                                $1,700.00
ST CHARLES, MO  63301
00000

Dated: April 22, 2016                          /s/ John V. LaBarge, Jr., Chapter 13 Trustee
UNCLFUNDS--JS                                  John V. LaBarge, Jr., Chapter 13 Trustee
                                               P.O. Box 430908
                                               St. Louis, MO  63143
                                               (314) 781-8100  Fax: (314) 781-8881
                                               trust33@ch13stl.com